```
AMERICAN EXPRESS BUSINESS GOLD REWARDS
PO BOX 650448
DALLAS TX 75265


CAPITAL MANAGEMENT SERVICES
698 1/2 SOUTH OGDEN STREET
BUFFALO NY 14206-2317


CARRINGTON MORTGAGE SERVICE. LLC
PO BOX 3489
ANAHEIM CA 92803


CHASE CARD SERVICES
CORRESPONDENCE DEPT
PO BOX 15298
WILMINGTON DE 19850


DILLARDS CARD SRVS/WELLS FARGO BANK NA
PO BOX 10347
DES MOINES IA 50306


DISCOVER FINANCIAL
PO BOX 3025
NEW ALBANY OH 43054


KOHLS/CAPITAL ONE
KOHLS CREDIT
PO BOX 3120
MILWAUKEE WI 53201


LINCOLN AUTOMOTIVE FINANCIAL SERVICE
ATTN:  BANKRUPTCY
542000
OMAHA NE 68154


MILITARY STAR/AAFES
ATTENTION: BANKRUPTCY
PO BOX 650060
DALLAS TX 75265
```

```
SECURITY BANKCARD CENTER ATT: COLLECTION
PO BOX 6139
NORMAN OK 73070



TINKER FCU
ATTN: BANKRUPTCY
PO BOX 45750
TINKER AFB OK 73145



TOYOTA FINANCIAL SERVICES
ATTN: BANKRUPTCY
PO BOX 8026
CEDAR RAPIDS IA 52409



USAA SVG BK
ATTN: BANKRUPTCY
10750 MCDERMOTT FREEWAY
SAN ANTONIO TX 78288



WF/FMG
PO BOX 14517
DES MOINES IA 50306
```