LOCAL FORM 2
PAY ADVICE COVER SHEET

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF OKLAHOMA

In re: William S Riley )
, )
, ) Case No. _____
) Chapter   7
Debtor.. )

### PAY ADVICE COVER SHEET

The following pay advice/income record information is filed on behalf of the debtors:

☐ Pay advices are attached as follows:

| Employer | Beginning date | Ending date |
|---|---|---|
| Number1 Mother Truckers LLC | 11/2017 | 4/2018 |
| DFAS Miitary retirement | 11/2017 | 4/2018 |
| VA Disability | 11/2017 | 4/2018 |

☐ The debtor certifies by his/her signature below that he/she has no pay records because: _____

Dated on   **May  3, 2018**   .

/s/ William S Riley
**William S Riley**
(Debtor Signature)
☐ Pro se Debtor
☑ Represented by Counsel

/s/ Robert A. McMahan
(Attorney Signature)
**Robert A. McMahan 014109**
**217 W. Commerce**
**Altus, OK 73521**

**580-482-5551**
**580-482-5482**
**brownandmcmahanlaw@gmail.com**

# Number1 Mother Truckers LLC

## PROFIT AND LOSS
### November 2017

|  | TOTAL |
|---|---:|
| **Income** | |
| Services | 6,928.12 |
| **Total Income** | **$6,928.12** |
| **GROSS PROFIT** | **$6,928.12** |
| **Expenses** | |
| Auto | 20.84 |
| DEF | 41.03 |
| Fuel Expense | 2,838.89 |
| Tolls | 53.82 |
| **Total Auto** | **2,954.58** |
| Auto Repair & Maintenance | 210.25 |
| Bank Charges | 15.50 |
| Commissions & fees | 45.00 |
| Dues & Subscriptions | -12.47 |
| Insurance | 41.00 |
| Legal & Professional Fees | 39.95 |
| Permits | 367.00 |
| QuickBooks Payments Fees | 14.75 |
| Shipping and delivery expense | 13.30 |
| Tools | 106.99 |
| Travel | 645.13 |
| Travel Meals | 206.43 |
| Utilities | |
| Cell Phones | 49.32 |
| **Total Utilities** | **49.32** |
| **Total Expenses** | **$4,696.73** |
| **NET OPERATING INCOME** | **$2,231.39** |
| **NET INCOME** | **$2,231.39** |

Accrual Basis  Monday, April 23, 2018 07:48 AM GMT-7                         1/1

# Number1 Mother Truckers LLC

## PROFIT AND LOSS
### December 2017

| | TOTAL |
|---|---:|
| **Income** | |
|   Services | 8,962.50 |
| **Total Income** | **$8,962.50** |
| **GROSS PROFIT** | **$8,962.50** |
| **Expenses** | |
|   Auto | |
|     Auto registration fee | 802.43 |
|     DEF | 51.68 |
|     Fuel Expense | 1,819.93 |
|     Tolls | 30.00 |
|   **Total Auto** | **2,704.04** |
|   Bank Charges | 51.21 |
|   Commissions & fees | 45.00 |
|   IFTA | 55.60 |
|   Legal & Professional Fees | 198.95 |
|   Meals and Entertainment | 25.46 |
|   Office Expenses | 305.48 |
|   Permits | 105.29 |
|   QuickBooks Payments Fees | 375.00 |
|   Repair & Maintenance | 190.21 |
|   Shipping and delivery expense | 50.25 |
|   Supplies | 105.96 |
|   Travel | 518.15 |
|   Travel Meals | 132.03 |
|   Utilities | |
|     Cell Phones | 142.90 |
|   **Total Utilities** | **142.90** |
|   Work Uniforms | 25.95 |
| **Total Expenses** | **$5,031.48** |
| **NET OPERATING INCOME** | **$3,931.02** |
| **NET INCOME** | **$3,931.02** |

# Number1 Mother Truckers LLC

PROFIT AND LOSS

January 2018

|  | TOTAL |
|---|---|
| Income |  |
|   Services | 3,123.27 |
| **Total Income** | **$3,123.27** |
| **GROSS PROFIT** | **$3,123.27** |
| Expenses |  |
|   Auto |  |
|     DEF | 18.86 |
|     Fuel Expense | 1,417.80 |
|     Tolls | 30.00 |
|   **Total Auto** | **1,466.66** |
|   Auto Repair & Maintenance | 14.33 |
|   Bank Charges | 15.69 |
|   Commissions & fees | 47.94 |
|   Dues & Subscriptions | 264.26 |
|   IFTA | 5.52 |
|   Legal & Professional Fees | 207.95 |
|   Office Expenses | 356.46 |
|   Taxes & Licenses | 33.56 |
|   Travel | 973.63 |
|   Travel Meals | 244.73 |
|   Uncategorized Expense | 22.00 |
|   Utilities | 175.00 |
|     Cell Phones | 147.90 |
|   **Total Utilities** | **322.90** |
| **Total Expenses** | **$3,975.63** |
| **NET OPERATING INCOME** | **$ -852.36** |
| **NET INCOME** | **$ -852.36** |

# Number1 Mother Truckers LLC

PROFIT AND LOSS

February 2018

|  | TOTAL |
|---|---|
| Income |  |
|   Sales | -1,100.00 |
|   Services | 5,259.90 |
| **Total Income** | **$4,159.90** |
| **GROSS PROFIT** | **$4,159.90** |
| Expenses |  |
|   Auto |  |
|     DEF | 16.35 |
|     Fuel Expense | 2,080.49 |
|     Tolls | 30.00 |
|   **Total Auto** | **2,126.84** |
|   Auto Repair & Maintenance | 87.67 |
|   Bank Charges | 15.44 |
|   Commissions & fees | 45.00 |
|   Insurance | 1,393.30 |
|   Legal & Professional Fees | 259.93 |
|   Office Expenses | 14.97 |
|   Shipping and delivery expense | 21.45 |
|   Travel | 563.22 |
|   Travel Meals | 297.48 |
|   Utilities | 80.00 |
|     Cell Phones | 132.92 |
|   **Total Utilities** | **212.92** |
| **Total Expenses** | **$5,038.22** |
| **NET OPERATING INCOME** | **$ -878.32** |
| **NET INCOME** | **$ -878.32** |

# Number1 Mother Truckers LLC

PROFIT AND LOSS

March 2018

|  | TOTAL |
|---|---|
| Income | |
|   Services | 8,527.76 |
| **Total Income** | **$8,527.76** |
| GROSS PROFIT | $8,527.76 |
| Expenses | |
|   Auto | |
|     DEF | 37.64 |
|     Fuel Expense | 3,031.87 |
|     Tolls | 77.60 |
|   **Total Auto** | **3,147.11** |
|   Auto Repair & Maintenance | 289.33 |
|   Bank Charges | 16.20 |
|   Commissions & fees | 45.00 |
|   Insurance | 2,786.60 |
|   Legal & Professional Fees | 189.92 |
|   Office Expenses | 156.51 |
|   Other General and Admin Expenses | 41.20 |
|   Shipping and delivery expense | 12.01 |
|   Supplies | 200.67 |
|   Travel | 789.63 |
|   Travel Meals | 369.15 |
|   Utilities | 118.97 |
|     Cell Phones | 137.92 |
|   **Total Utilities** | **256.89** |
| **Total Expenses** | **$8,300.22** |
| NET OPERATING INCOME | $227.54 |
| NET INCOME | $227.54 |

# Number1 Mother Truckers LLC

## PROFIT AND LOSS
### April 2018

|  | TOTAL |
|---|---:|
| **Income** | |
| **Total Income** | |
| GROSS PROFIT | $0.00 |
| Expenses | |
|   Auto | |
|     Fuel Expense | 155.83 |
|   **Total Auto** | **155.83** |
|   Auto Repair & Maintenance | 9.00 |
|   Commissions & fees | 45.00 |
|   Dues & Subscriptions | 25.00 |
|   IFTA | 3.58 |
|   Legal & Professional Fees | 39.95 |
|   Permits | 61.61 |
|   Taxes & Licenses | 43.68 |
|   Travel | 185.20 |
|   Travel Meals | 151.59 |
|   Utilities | |
|     Cell Phones | 137.92 |
|   **Total Utilities** | **137.92** |
| **Total Expenses** | **$858.36** |
| NET OPERATING INCOME | $ -858.36 |
| NET INCOME | $ -858.36 |

# RETIREE ACCOUNT STATEMENT

| STATEMENT EFFECTIVE DATE | NEW PAY DUE AS OF | SSN |
|---|---|---|
| OCT 03, 2016 | NOV 01, 2016 | 7055 |

**DFAS POINTS OF CONTACT**

PLEASE REMEMBER TO NOTIFY DFAS IF YOUR ADDRESS CHANGES

DEFENSE FINANCE AND ACCOUNTING SERVICE
US MILITARY RETIREMENT PAY
PO BOX 7130
LONDON KY 40742-7130

COMMERCIAL (216) 522-5955
TOLL FREE 1-800-321-1080
TOLL FREE FAX 1-800-469-6559

myPay
https://myPay.dfas.mil

001412

SFC WILLIAM S RILEY USA    RET
1529 SCENIC RIDGE
ELGIN OK  73538-4000

## PAY ITEM DESCRIPTION

| ITEM | OLD | NEW | ITEM | OLD | NEW |
|---|---|---|---|---|---|
| GROSS PAY | 2,352.00 | 2,352.00 | FITW | 47.36 | 10.16 |
| VA WAIVER |  | 372.00 |  |  |  |
| SBP COSTS | 152.88 | 152.88 |  |  |  |
| TAXABLE INCOME | 2,199.12 | 1,827.12 |  |  |  |
|  |  |  | NET PAY | 2,151.76 | 1,816.96 |

## PAYMENT ADDRESS

DIRECT DEPOSIT
ROUTING NUMBER - 314088637
ACCT NUMBER ENDING IN - 1071

## YEAR TO DATE SUMMARY ( FOR INFORMATION ONLY)

TAXABLE INCOME:                                 4,476.64
FEDERAL INCOME TAX WITHHELD:                       94.72

## TAXES

FEDERAL WITHHOLDING STATUS:     MARRIED
TOTAL EXEMPTIONS:                    03
FEDERAL INCOME TAX WITHHELD:      10.16

## SURVIVOR BENEFIT PLAN ( SBP) COVERAGE

SBP COVERAGE TYPE:        SPOUSE ONLY      ANNUITY BASE AMOUNT:    2,352.00
SPOUSE ONLY COST:              152.88

SPOUSE DOB:       JUL 28, 1978

THE ANNUITY PAYABLE IS 55% OF YOUR ANNUITY BASE AMOUNT WHICH IS  1,293.60

YOU HAVE PAID   2 MONTHS TOWARD YOUR 360 MONTHS OF PAID UP RC/SBP COVERAGE. ONCE YOU
HAVE PAID AT LEAST 360 MONTHS TOWARD YOUR COVERAGE AND TURN AGE 70, YOUR COSTS WILL BE
TERMINATED BUT YOUR COVERAGE WILL REMAIN ACTIVE.

FORM RAS1F

DFAS-CL 7220/148 (REV 03-01)                                                           RILEY

| ARREARS OF PAY BENEFICIARY INFORMATION | | |
|---|---|---|
| THE FOLLOWING BENEFICIARIES ARE ON RECORD: | | |
| NAME | SHARE | RELATIONSHIP |
| RILEY PEARLEEN R | 100.00% | OTHER |

**MESSAGE SECTION**

BASED ON THE COMPENSATION AMOUNT YOU RECEIVE FROM THE DEPARTMENT OF VETERANS AFFAIRS (VA) AND YOUR RETIRED PAY, YOUR CONCURRENT RETIREMENT DISABILITY PAY (CRDP) AMOUNT IS $1,695.48. PLEASE SEE www.dfas.mil/retiredmilitary.html FOR MORE INFORMATION ABOUT THE CRDP ENTITLEMENT.

FORM RAS 1B

DFAS-CL 7220/148 (REV 10-12) (BACK)                                                RILEY



DEFENSE FINANCE AND ACCOUNTING SERVICE
RETIRED AND ANNUITY PAY

APR 10, 2018

005779

SFC WILLIAM S RILEY
1529 SCENIC RIDGE
ELGIN OK  73538-4000

Dear Retiree:

The creditor agency listed below has requested that the Defense Finance and Accounting Service initiate salary offset against your retired pay account to recover an indebtedness in the amount of $   402.00  .

Outstanding debts owed to the United States Government are authorized to be collected by offset under 37 USC 1007(c).  Liquidation of this debt will occur with deductions from your military retired pay.

By law the debt may be recovered at two-thirds of your disposable income.  However, to prevent a financial burden, your debt will be collected at 15% of your disposable income.  Disposable income is defined as "that part of pay remaining after deductions of any amount required by law to be withheld."  Examples of mandatory deductions from your retired pay that would be properly withheld are federal and state taxes and Survivor Benefit Plan costs.

If necessary, allotments will be stopped to attain the 15% of disposable income recovery rate.  The order in which the allotments will be stopped is: (1) bonds, (2) savings, (3) loans, (4) voluntary dependency, (5) homes loans, and (6) insurance.

Since we are merely the collection agent, any questions you may have regarding your indebtedness should be directed in writing to the address below, or by telephone to 1-800-519-3382   .

    AAFES
    ATTN: FA-T/R
    3911 S. WALTON WALKER BLVD.
    DALLAS, TX  75236-1598

Deductions will begin within 45 days, and will continue until the full amount of the debt has been recovered, unless notified by the creditor agency of a change in status. Additionally, you are advised that interest may continue to accrue on the unpaid balance.

                                            Retired and Annuity Pay

DFAS-CL 1800/103 (5-96)

**Department of Veterans Affairs**

125 S MAIN ST
MUSKOGEE OK 74401



December 12, 2016

Veteran's Name:
Riley, William, Sascha

\# 000007544        I=0000

7544 1 AV 0.373
WILLIAM SASCHA RILEY
1529 NE SCENIC RDG
ELGIN OK 73538

This letter is a summary of benefits you currently receive from the Department of Veterans Affairs (VA). We are providing this letter to disabled Veterans to use in applying for benefits such as housing entitlements, free or reduced state park annual memberships, state or local property or vehicle tax relief, civil service preference, or any other program or entitlement in which verification of VA benefits is required. Please safeguard this important document. This letter replaces VA Form 20-5455, and is considered an official record of your VA entitlement.

--America is Grateful to You for Your Service--

Our records contain the following information:

**Personal Claim Information:**
Your VA claim number is:   7055
You are the Veteran

**Military Information:**
Your character(s) of discharge and service date(s) include:
    Army, Honorable, 04-Sep-1991 - 19-Oct-1998
    Army, Honorable, 06-Mar-2002 - 29-Jul-2016
(You may have additional periods of service not listed above)

**VA Benefits Information:**
Service-connected disability: Yes
Your combined service-connected evaluation is: 90 PERCENT
The effective date of the last change to your current award was: 01-DEC-2016
Your current monthly award amount is: $2,073.71

You should contact your state or local office of Veterans' affairs for information on any tax, license, or fee-related benefits for which you may be eligible. State offices of Veterans' affairs are available at http://www.va.gov/statedva.htm.

**Need Additional Information or Verification?**
If you have any questions about this letter or need additional verification of VA benefits, please call us at 1-800-827-1000. If you use a Telecommunications Device for the Deaf (TDD), the federal relay number is 711. Send electronic inquiries through the Internet at https://iris.va.gov.

Sincerely yours,

Regional Office Director